IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL STACY                                                                                  PLAINTIFF

V.                         CASE NO. 4:17-CV-692-KGB-BD

TIM RYALS                                                                                      DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED, without prejudice.

Dated this 6th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE